UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
www.moed.uscourts.gov

| | |
|---|---|
| NANCY DiDONATO, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CV00118 NAB |
| ) | |
| DARYL DOCHROEDEN, ) | |
| ) | |
| Defendant(s). ) | |

# ORDER CANCELLING TRIAL DATE

Plaintiff, with the consent of Defendant, filed a Motion to Cancel Trial Date [Doc. 27] on March 26, 2012. In support of the motion, Plaintiff stated:

That the parties have reached a tentative settlement, and require approximately thirty days to complete the settlement process and paperwork.

For the foregoing reasons, **IT IS HEREBY ORDERED** that the Plaintiff's Motion to Cancel Trial Date [Doc. 27] is **GRANTED.**

**IT IS FURTHER ORDERED** that Counsel shall file, no later than April 30, 2012, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this Order shall result in the dismissal of this action with prejudice.

Dated this 28th day of March, 2012.

                                                                             /s/ Nannette A. Baker
                                                                             NANNETTE A. BAKER
                                                                             UNITED STATES MAGISTRATE JUDGE