UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NANCY DiDONATO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-CV-00118 NAB |
| | ) | |
| DARYL DOCHROEDEN., | ) | |
| | ) | |
| Defendant. | | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that upon the filing of the Notice of Voluntary Dismissal on May 7, 2012, the claims in this action are **DISMISSED without prejudice** as to all parties, with each party to bear their own costs.

Dated this 7th day of May, 2012.

      /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE